UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DARRYL MCGORE,

        Petitioner,                        Case No. 2:14-cv-174

v.                                          HON. R. ALLAN EDGAR

JEFF WOODS,

        Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

        The Court has before it Magistrate Judge Timothy P. Greeley's Report and Recommendation ("R&R") dated November 5, 2014, which recommended that the Plaintiff's habeas corpus petition be denied because it is barred by the one-year statute of limitations. (Docket #5).  Plaintiff has not objected to the Report and Recommendation, therefore, **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation is **APPROVED AND ADOPTED** as the Opinion of this Court.

        **IT IS ORDERED** that the Petitioner's petition is **DENIED** because it is barred by the one-year statute of limitations.  (Docket # 1.)

        **IT IS FURTHER ORDERED** that pursuant to *Slack v. McDaniel*, 529 U.S. 473 (2000), a certificate of appealability is denied.

        A judgment consistent with this Order will be entered.

        SO ORDERED.

Dated:     6/29/2015                            /s/ R. Allan Edgar
                                                      R. Allan Edgar
                                                      United States District Court Judge